UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| Jose Hector Torres Avila,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security,<br><br>TODD LYONS, in his official capacity as Acting Director of Immigration and Customs Enforcement,<br><br>EVAN TJADEN, in his official capacity as Acting ICE Field Officer Director,<br><br>MATT DUMONT, in his official capacity as the jail Chief Deputy of the Salt Lake County Jail,<br><br>United States Immigration and Customs Enforcement.,<br><br>Respondents. | **ORDER GRANTING IN PART AMENDED PETITION FOR WRIT OF HABEAS CORPUS**<br><br>Case No. 2:26-cv-00543-DBB<br><br>District Judge David Barlow |

Pursuant to the court's order at ECF No. 16, and in light of the Tenth Circuit's recent decision in *Santillan Quiroz v. Mullin*, No. 26-6019, (10th Cir. June 30, 2026), the parties are in agreement that the court should order the relief listed in ECF No. 16.[1] Accordingly, Petitioner's

---

[1] *See* Notices of Agreement at ECF Nos. [17] & [18].

1

Amended Petition[2] is GRANTED in part. The Government is ordered to either provide a bond hearing to Mr. Torres Avila within seven (7) days or release him.

Signed July 1, 2026.

BY THE COURT

David Barlow
United States District Judge

---

[2] Amended Petition for Writ of Habeas Corpus, ECF No. 7, filed June 18, 2026.